In the Matter of the Claim of HENRY KLEIN, Respondent, against LOUIS CANDEL INC. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by an employer and insurance carrier from an award made by the Workmen's Compensation Board to claimant for disability. Claimant was employed as a cutter and operator in a furrier establishment. Due to an elevator stoppage he was required to walk up four flights of stairs to reach his place of employment. When he reached the third floor he began to experience severe pains in his chest, and these continued for several days. He was finally hospitalized and his condition diagnosed as an acute myocardial infarction. There is direct medical testimony to connect his acute attack with the exertion required to climb four flights of stairs. The board found that claimant sustained an industrial accident arising out of and in the course of his employment. Award affirmed, with costs to the Workmen's Compensation Board. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur.

In the Matter of the Claim of FAY QUALLENBERG, Respondent, against UNION HEALTH CENTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by an employer and its insurance carrier from a decision and award made by the Workmen's Compensation Board which granted claimant compensation for disability due to pulmonary tuberculosis as an occupational disease, and continued the case. There is ample circumstantial evidence to support the board's finding that as an incident to claimant's employment she suffered exposure to patients afflicted with active tuberculosis and medical evidence sustains the finding that such exposure caused her to contract the disease. Decision and award affirmed, with costs to the Workmen's Compensation Board. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur. [See 281 App. Div. 776.]

In the Matter of the Claim of EDWARD SAUER, Respondent, against AMERICAN CAR & FOUNDRY COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by an employer and insurance carrier from decision and award made by the Workmen's Compensation Board. The decision under appeal resulted from appellant's application for the board's review of a referee's decision which had awarded disability compensation to claimant for reduced earnings on the basis of 80% disability. The board modified the referee's decision and award to a lesser and tentative rate of compensation based upon 50% of disability, held adversely to appellant's contention that claimant had unreasonably refused employer's proffered offer of a sweeping job and continued the case to a referee's calendar " for further consideration of the degree of claimant's disability." The contention of appellant that claimant unreasonably refused the sweeping job is based wholly upon physicians' reports to the effect that he was able to perform light work and that it was advisable that he do so. Whether the proffered job was within the medical specifications was not developed by evidence by either of the parties in interest. Decision and award affirmed, with costs to the Workmen's Compensation Board. Foster, P. J., Brewster, Bergan and Halpern, JJ., concur.